✎Prob 12A
(Rev. 01/2020 - D/SC)

# United States District Court

### for

### District of South Carolina

## Report on Offender Under Supervision

**Name of Offender:** Marcus Abdul Spann, Jr          **Case Number:** 2:24CR00371-001

**Name of Sentencing Judicial Officer:** The Honorable Bruce Howe Hendricks, United States District Judge

**Date of Original Sentence:** December 5, 2024

**Original Offense:** Felon in Possession of Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8)

**Original Sentence:** The defendant was committed to custody of the Bureau of Prisons for 46 months followed by 36 months supervised release with the following special conditions: 1. You must submit to substance abuse testing to determine if you have used a prohibited substance. 2. You must satisfactorily participate in and successfully complete an [inpatient/outpatient] alcohol abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity). 3. You must satisfactorily participate in and successfully complete a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity). 4. You must contribute to the cost of any substance abuse testing, treatment, location monitoring, and/or other program services if ordered as a condition of supervision not to exceed the amount determined reasonable by the Court-approved U.S. Probation Office's "Sliding Scale for Services," and you will cooperate in securing any applicable third-party payment, such as insurance or Medicaid.

**Type of Supervision:** Supervised Release          **Date Supervision Commenced:** October 31, 2025

**Previous Court Action/Notifications:** None

---

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Unlawful Use of a Controlled Substance: The defendant is subject to the following condition: You must refrain from any unlawful use of a controlled substance.**<br><br>On July 24, 2026, the defendant submitted to a drug screen which tested positive for marijuana; the defendant signed an admission to the use form on July 22, 2026. The sample was confirmed negative by Abbott Laboratories on August 6, 2026. |

✎Prob 12A
(Rev. 01/2020 - D/SC)

Page 2

**U.S. Probation Officer Action:** It is respectfully recommended that the violation be held in abeyance. The defendant has been advised that a subsequent revocation hearing may be scheduled as a result of the violation. Mr. Spann resides with his mother, he is gainfully employed, and actively involved in his daughter's life. Mr. Spann reports his use was an isolated incident that occurred after the sudden death of his Turn 90 mentor/friend. He reports he is confident in his ability to cease further illicit drug use.  The defendant will continue to be randomly drug tested to ensure compliance. Any additional violations will be promptly reported to the Court.

Respectfully Submitted,

By: _____
Jessica L. Drost
U.S. Probation Officer
Charleston Office
Date:  August 13, 2026

Reviewed and Approved By:

_____
LaSheika S. VanDyke
Supervising U.S. Probation Officer

| X | Agree with Probation Officer's recommendation |
|---|---|
|  | Submit a Request for Modifying the Condition or Term of Supervision |
|  | Submit a Request for Warrant or Summons |
|  | Other |

_____
Bruce Howe Hendricks
United States District Judge

_____August  12, 2026_____
Date